# Court of Appeals
# of the State of Georgia

ATLANTA, February 12, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1270. ESTON WILLIAM HOOD, JR. v. GEORGIA DEPARTMENT OF HUMAN SERVICES, EX. REL., KAMRYN ELISABETH PATRICK.

The Department of Human Services ("DHS") filed suit against Eston William Hood, Jr. to establish paternity and child support for his minor child. The trial court determined Hood was the biological father and ordered him to pay $912 per month in support. After Hood was held in contempt for failure to pay, DHS filed a petition to uphold its lien on his financial accounts. The trial court entered a lien order, and Hood filed this appeal. We, however, lack jurisdiction.

"OCGA § 5-6-35(a)(2) provides, without exception, that appeals in 'domestic relations cases' must be brought by application for discretionary appeal." *Booker v. Ga. Dep't of Human Res.*, 317 Ga. App. 426, 426 (731 SE2d 110) (2012) (citation and punctuation omitted). A case involving the collection of child support constitutes a domestic relations case. *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). "Compliance with the discretionary appeals procedure is jurisdictional." *Booker*, 315 Ga. App. at 427 (citation and punctuation omitted).

Accordingly, Hood's failure to file a discretionary application deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 02/12/2026

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*